UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARRY H. DALLY, 132212,<br><br>Plaintiff,<br><br>v.<br><br>EL DORADO COUNTY LAW ENFORCEMENT, et al.,<br><br>Defendant(s). | Case No. 18-cv-00647-SK (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at El Dorado County Jail in South Lake Tahoe, California, has filed a pro se complaint under 42 U.S.C. § 1983. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of El Dorado, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: February 27, 2018

_Sallie Kim_

SALLIE KIM
United States Magistrate Judge